IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:08-CR-53-BO

JOE WESLEY BALDWIN, JR. )
)
       Petitioner, )
)
v. )   ORDER
)
UNITED STATES OF AMERICA, )
)
       Respondent. )

Upon agreement of the parties, the Court construes Petitioner's motion to terminate supervision [D.E. 37] as a motion under 28 U.S.C. § 2255 and grants that motion. Petitioner's judgment entered on January 13, 2009 [D.E. 21] is vacated, and Petitioner's supervision is terminated.

So ORDERED, this 16th day of July, 2014.

                       TERRENCE W. BOYLE
                       UNITED STATES DISTRICT COURT JUDGE